LESLIE KAHN, Appellant, v NEW YORK CITY DEPARTMENT OF EDUCATION et al., Respondents.

Submitted February 22, 2011; decided April 5, 2011

Motion by the New York State United Teachers for leave to file an affirmation amicus curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein granted, three copies of the brief to be served and an original and 19 copies filed within 30 days.